Daniel Marvin SCHERMERHORN,
petitioner, Appellant,

v.

Dale KAISER, et al., Respondents.

No. C0–96–1020.

Supreme Court of Minnesota.

Oct. 8, 1997.

Rehearing Denied Oct. 31, 1997.

### ORDER

It now appearing that the petition for further review of the decision of the court of appeals in this matter was improvidently granted by this court,

IT IS HEREBY ORDERED that the March 18, 1997 order of this court granting review of the January 7, 1997 opinion of the court of appeals be, and the same is, hereby vacated.

BY THE COURT:

/s/ <u>A.M. Keith</u>
A.M.Keith
Chief Justice